**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 16-1528**

_____


In re:  JARON BRICE,

            Petitioner.

_____

On Petition for Writ of Habeas Corpus.

_____

Submitted:  September 13, 2016      Decided:  September 16, 2016

_____

Before TRAXLER, AGEE, and THACKER, Circuit Judges.

_____

Petition dismissed by unpublished per curiam opinion.

_____

Jaron Brice, Petitioner Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jaron Brice has filed a petition for an original writ of habeas corpus challenging his convictions. This court ordinarily declines to entertain original habeas corpus petitions under 28 U.S.C. § 2241 (2012), and this case provides no reason to depart from the general rule. Moreover, we find that the interests of justice would not be served by transferring the case to the district court. See 28 U.S.C. § 1631 (2012). Accordingly, we deny leave to proceed in forma pauperis, deny Brice's motions for summary judgment and for release pending review, and dismiss the petition. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

PETITION DISMISSED